**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| JERRY CANKAT, | : | Civil Action No.: 15-cv-4464 (PKC)(VVP) |
| | : | |
| Plaintiff, | : | |
| vs. | : | |
| | : | |
| STEINWAY PIZZA CORP. | : | **STIPULATION OF DISMISSAL** |
| | : | **WITH PREJUDICE** |
| Defendant. | : | |

This matter having been amicably adjusted between the parties, it is hereby stipulated that the above-entitled action be, and hereby is, dismissed with prejudice, without any admission of liability and without costs or fees to any party.

TARA DEMETRIADES, ESQ.
ADA Accessibility Associates
Attorney for Plaintiff

Dated:  December 27        , 2016

CHRISTOPHER W. HLIBOKI, ESQ.
Attorney for Defendant

Dated:  December, 22 , 2016

1